The next case for oral argument this morning is Appeal No. 24-3262 Strickland v. City of Markham Good morning Mr. Exline Good morning May it please the court, my name is Jacob Exline on behalf of the Plaintiff Appellant This appeal revolves around the doctrine of res judicata Specifically The doctrine of res judicata Yes Specifically three of the elements within res judicata That being final judgment on the merits, identity of causes of action, and whether there was a full and fair opportunity for the plaintiff to litigate his claims Mr. Exline, would you agree with me that no state court reviewed the board's final decision? Yes, I would agree with that That seems to me to take this case straight into University of Tennessee v. Elliott The Supreme Court's decision on exactly this problem Holding that Res judicata would not apply to Title VII claims, but would apply to the state court and 1983 claims State law and 1983 claims Do you agree or disagree with that? I agree with your analysis that the state court did not review the underlying board of review claim I'm not aware of the Tennessee case and its holdings It's the odd thing about the way this case has been briefed And I'll be curious to hear from the defense about why there was no mention of it either It's certainly discussed in the cases that are in your briefs and in the district court's decision But unless I'm missing something, it looks like it controls here I could review that, Your Honor, and provide supplemental briefing on that case specifically But I think even with the cases that have been discussed Your Honor is correct and on the right path Because of the analysis of the state court on administrative review It was merely procedural But Elliott says there has to be a judgment Putting aside the procedural administrative, he says there has to be a state court judgment In order for the conclusion to apply to Title VII And I agree with that as well There was not a judgment from the state court So under Elliott, if a judgment is required just for the Title VII I don't know how it could be precluded This helps you Yes, I agree Don't run away from this No, I 100% agree Honestly, since we're on the same page on that I'll more discuss the 1983 claims and the Ethics Act And in regards to those As we've already stated, there was no final judgment from the state court That's what the district court stated However, they did state that there was a final judgment from the Board of Commissioners But this leads to the first issue on appeal In that there's no case law or legal precedent Where a district court can piece together the different elements of res judicata From different courts of competent jurisdiction In order to preclude plaintiff from pursuing those legal claims And since the district court found that the Board of Police and Fire Commissioners Had rendered that final judgment That's where the analysis should continue However That is not what the district court did They stated that there was final judgment rendered by the board But identity of causes of action were found between the state court and federal court And a full opportunity was provided by the state court I'm not sure I agree with the way you're reading the district court's decision But our decision in Welch v. Johnson seems to make pretty clear That an officer in your client's situation Or a public employee in your client's situation Can raise the federal discrimination points In essence in a defensive way in the administrative proceedings Are you asking us to disagree with Welch v. Johnson on that point? I'm not asking you to disagree But I believe there is a distinction And I think Perrella's Seventh Circuit case Makes that distinction clear Perrella discussed that the board is not A board in that situation It was discussing whether there was exclusive federal jurisdiction Over the plaintiff's federal claims And they said no, there's not exclusive jurisdiction Just like it could go in the state court You could raise a defense And they specifically said that they're permitted to raise that defense But not that they're required to In this situation The board doesn't have jurisdiction over federal claims These are purely just a defense they could make And in saying that That doesn't create an identity of causes of action In reality and in practice These boards don't accept these arguments They're not trained to discuss complex federal civil theories In order to entertain the same cause of action And give a plaintiff a full and fair opportunity To litigate their claims only before a board Would mean they'd have to determine pretext And understand all these case laws Well, look, Elliot is your answer for that For all of those Title VII points I don't see where you get any traction On the state law claims here Given the decision to drop the challenge To the board's final decision But on the 1983 claims Explain to me what it is about Perella that helps you So Perella only states It doesn't state that you're required to bring this Just that they're permitted Allowed to make this defense if so be it Yes, you can do that You have the opportunity to litigate those issues Which is typically the way that standard is phrased In terms of res judicata, right? And I would say that Litigating those claims before the board Is not the same as being As the board works, is not the same Let me go back You told me that Perella was your answer To Welch against Johnson Welch looks like a problem for you So please explain to me why Perella Fixes the Welch problem for you If I may, Your Honor, let me back up Just a step on that and explain on Welch a bit more Welch dealt with the CSC And the board here, the board of fire and police commissioners It does not have as broad of an action An ability to But in Welch it was clear the civil service commission Did not have jurisdiction to adjudicate The underlying civil rights claims either And that didn't stop the court from recognizing That they could have raised those as a defense So I don't think your jurisdictional argument Goes to where you want on the 1983 claims I understand that, Your Honor I agree with that assessment You are in your rebuttal time if you want to say anything Unless the court has any other questions, I'll reserve Thank you Ms. Shannon Good morning and may it please the court My name is Colleen Shannon and I represent the Appellees The City of Markham and Fire Chief Anthony Maziota The district court was correct when it granted summary judgment Because all of the claims that Strickland raised in this Federal lawsuit are barred by race judicata You're familiar with the Elliott case Vaguely, yes Why doesn't it control the Title VII case And require reversal on those claims? So I believe that the more recent Seventh Circuit cases Such as Perella and Welch that have been discussed Abner is another one I think they all stand for the proposition That when you did have the prior opportunity To raise your Title VII claims Welch distinguished Elliott You recall on the grounds that in Elliott The state agency's decision had not been the subject Of state court review In Welch it had been That was the critical difference Here I think you would agree There was no state court review Of the board's final decision Do you agree with that? I don't entirely agree with that The board's decision It did go to the circuit court You're talking about the final decision Sure, so the final You lost on the original decision, right? At least it was vacated It was remanded for a more detailed finding And then on the amended decision That's when Strickland just simply abandoned Right, so would you agree then There was no state court review Of the final operative termination decision? Yes Okay, then why doesn't Elliott control? Well, although the state court didn't Issue a final decision with respect to The amended decision I think there still remains that After a year of not refiling I think that determination did become Preclusive and it would operate At that point as a final judgment The board's? The state court's dismissal The dismissal without prejudice I would argue is Became a preclusive You think that's a substantive decision With preclusive effect? After a year passed And Strickland didn't refile his claim I would say that yes What are you basing that on? Because the Illinois courts have recognized That voluntary dismissals Do not have preclusive effect Correct, however I believe there are several Cases where they've Recognized and actually the district court Actually pointed to this In the opinion as well that It's potential There was potential for that Dismissal without prejudice To have been converted to a dismissal With prejudice after the year Sorry, could you please keep your voice up? Sorry, I'll try to The microphone is for recording as we have to tell It's not to amplify Sure After not refiling In that one year time period to do so That it's likely at that point That the state court's Dismissal would have Converted to a dismissal With prejudice because at that point Strickland can no longer Refile these claims in state court So The district court noted Ms. Shannon that you all had also Argued in dismissal In favor of dismissal that plaintiff had Inadequately pled as to Both the role of The chief and the role of the board Is that right? For a Monell type claim? That's right, there were several alternative Bases for dismissal So how, who other than The chief And or the board would be An appropriate policy maker For Monell purposes? Well, I believe It would fall on The city itself I mean, someone in a position With the city, but certainly Who is that other than the chief and or the board? Is the board's decision Does it require ratification By a mayor or a City board? Yes Do they vote on that? I don't think so They are the policy makers With respect to the termination And the discharge So let me just ask you a more general question Here If I'm a public Employee and I believe I've been a victim Of Race or sex Discrimination or retaliation In violation of federal law And I do not trust local Officials to give me a fair hearing On those issues How do I ensure That I have a right to a Federal trier of fact On those claims? Sure, so that employee They cannot avoid it if If the Police or fire board wants to Bring charges against them and initiate A hearing against them And I think at that point what the employee needs to do Is they need to raise in their defense Any potential discrimination or retaliation Or any Federal claims that they think they might have They should address those as their defense And present whatever evidence and witnesses And argument they need to do And then after If they lose If they lose And what Strickland should have done here If he wanted to be in federal court Is then gone straight to federal court With his federal claims that he wanted to raise But what he did Wrong If he wanted to be in federal court Is seeking that administrative review in state court first But he won that First round, right? I'm not sure that I would agree That he won Well the city didn't win, right? The court didn't say Dismissed Affirmed Right, but after the amended decision came through That's when Strickland decided to abandon The state court lawsuit And in favor of this federal case But the issue with that Is he had that opportunity He already So what do I do Let me take my hypothetical I think I've been a victim of Violations of federal law And I also think the state That the local officials have violated State law Do I have to choose one or the other Do I have to split my claim Between state court and federal courts What do I do Sure, so he could have Brought his claims in federal court If he had state And federal constitutional claims If he wanted to pursue the administrative Review, he had to bring that In state court And if he wanted to include constitutional claims That are based in federal law He should have joined those claims With the state court administrative review Action and this court Has cautioned that you must Do that if you have related federal claims That all Stem from the same termination decision They have to be joined in that state Administrative review action if that's the course You're going And so because He opted to go that route with the Administrative review Then he needed to bring his Federal claims if he thought that he had them If this case goes Forward in federal court on the title 7 claims Would the plaintiff be Entitled to take the depositions Of board members To inquire into their decision making process Potentially I agree Okay, thank you I just want to address Also Strickland's argument that he was Denied a full and fair opportunity to litigate Because the board's proceedings Were limited and he Claims that the board couldn't entertain his Federal claims and that's just simply Misstates the law which I believe this court has made clear in The Welch case and also Garcia That due process is satisfied Where the party could have raised those Claims in the prior proceedings even If they failed to do so And here Strickland Certainly did have that opportunity To litigate any of the alleged Discrimination or retaliation First before the board and then again When the case was with the state court Prior to his voluntary dismissal He was represented By counsel at every stage, he had Notice of the hearing before the board He was given an opportunity to testify In his defense To present witnesses, he was able to Cross examine witnesses And then he did take advantage of that judicial Review that was available to him and that's The path that he chose to pursue Then again when the case Was with the state court he had ample Opportunity to join these Constitutional claims in that action Nothing prevented him from Doing so, he simply just elected not To take advantage of that opportunity But the fact Remains that he was able to Raise these claims as defenses to the Board's discharge and again By joining them as Claims to his administrative review action And that's all that's needed to provide The full and fair opportunity to litigate For claim preclusion to apply So to conclude The doctrine of race judicata Exists to Prevent this precise Type of repetitive litigation that we've Seen here by Strickland and the district Court correctly applied Illinois law On this court's precedent to put an end To this. Strickland had his Day in court and he can't relitigate These same facts surrounding his termination So for those reasons we ask this court to affirm The district court's judgment. Thank you Ms. Shandler. Thank you. Mr. Ecklein you have a little bit of rebuttal time Your honor Judge Hamilton I'd like to address your Hypothetical that you brought to Appellee's counsel And what is a Police officer Firefighter supposed to do when Potentially race judicata could Restrict them from taking their federal Claims out and I think That's the whole Point and practicality of The argument today Is that The state claim for administrative review Was simply a procedural one It was because the Board did not provide any Sort of information at all as to why They affirmed we had to go to State court administrative review And say we need some information as to why You did this and why you made this claim There was no Discussion of the merits there was no discussion Of facts and in fact that's what the order says Specifically doesn't say anything On the merits just sends it back down To require more facts and then When that happened was when We filed for federal court Because we had the facts we saw what they Were and then we moved on to the federal claims Same issue can be when Appellee discusses joining The case I think it's A case that they cited that Kind of makes that distinction As to why we did not is Manly Versus city of Chicago In Appellee's briefing they state that 1983 claims can be joined For claims for administrative review But what that actually says when it goes further Into reviewing that analysis Of claim preclusion Is that it bars federal relitigation Of claims argued in state court But also bars claims that are inextricably Intertwined with the state court Judgment the state court judgment here Only dealt with The procedural issue of Did the board Provide enough facts And not anything specific As to the merits of the claim and so Joining those claims wouldn't have Made any sense there or been appropriate Mr. Exline just very briefly Did the district judge warn Counsel that he was about to convert The motion to dismiss Into a summary judgment motion No the first time we read that Was within the I take it though that you haven't Objected to that procedure Okay Thank you Thanks to both counsel in the case The court will take the case under advisement